UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: USA v. Thell Brown

DOCKET NO: 2:19-cr-207-GZS

PROCEEDING TYPE: Suppression Hearing

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | | Watch Guard Video | 8/30/2021 | 8/30/2021 | | 8/30/2021 |
| 2 | | | Watch Guard Video | 8/30/2021 | 8/30/2021 | | 8/30/2021 |
| 6 | | | License plate lookup | 8/30/2021 | 8/30/2021 | | 8/30/2021 |
| 3 | | | Screen shot of Watch Guard Video | 8/30/2021 | 8/30/2021 | | 8/30/2021 |
| 4 | | | Screen shot of Watch Guard Video | 8/30/2021 | 8/30/2021 | | 8/30/2021 |
| 5 | | | Screen shot of Watch Guard Video | 8/30/2021 | 8/30/2021 | | 8/30/2021 |
| | | 1 | *SEALED* Exhibit | 8/30/2021 | 8/30/2021 | | 8/30/2021 |