# UNITED STATES DISTRICT COURT
District of Maine

## Witness List

| Case Name: USA v. Thell Brown  Case No.: 2:19-cr-207-GZS | Proceeding Type: Suppression Hearing |
|---|---|
| Presiding Judge: George Z. Singal | Government's Attorney: Meghan E. Connelly, AUSA | Defendant's Attorney: Joseph Stanley Mekonis |
| Courtroom Deputy: Lindsey Tully | | |
| Court Reporter: Tammy Martell | | |

| Gvt | Dft | Date | WITNESS |
|---|---|---|---|
| X |   | 8/30/2021 | John Darcy |
|   | X | 8/30/2021 | Christopher Cato |
|   |   |   |   |
|   |   |   |   |